FILED

SEP 14 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE. NW
WASHINGTON D.C. 20001**

Michael Jack Stephens
C/O 128 Pinto Way
plaintiff
Bloomingdale, GA 31302

v

Case: 1:07-cv-01628
Assigned To : Huvelle, Ellen S.
Assign. Date : 09/14/2007
Description: FOIA/PRIVACY ACT

Internal Revenue Service

defendant

**COMPLAINT**

Refusal to answer my FOIA within the allotted time frame set up by Congress in the Freedom of Information Act and the Privacy Act. So therefore I must now file a complaint to make the IRS answer my paperwork as is required by Congress.

Under Title 5 U.S.C. §552(a)(6)(C), and (a)(4)(B) sets jurisdiction for the complaint to be filed within this court. I hereby request such Court require IRS to answer my complaint or show just cause why, and law to the effect they are not required too.

**introduction and facts**

1. On December 11, 2006, I filed with the correct disclosure officer an FOIA for information. See attached copy. A

2. On December 26, 2006, I filed with the appeals officer in Fesno, California an appeal on this FOIA for non-compliance with the FOI act. See attached copy F.

RECEIVED

AUG 15 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. On January 12, 2007, the IRS appeals office mailed me an answer to such appeal. This answer to me is frivolous and without merit. But they stated that under certain actions, non answer is not an appeals option. So if I do not agree with this I may file a lawsuit. This is signed by Marge Field. See attached copy. B

4. On January 19, 2007; I have received an extension letter for this foia. This is now going on 30 plus days. This along is pass the deadlines set by Congress. This is signed by Stephanie Young, ID # 18-02241. See attached copy. C

5. On March 5th, 2007, I have received another extension letter for this FOIA. This is now going on 3 months or so. This one is signed by Stephanie Young, ID # 18-02241. See attached Copy D.

6. On May 7th, 2007; I have received another extension letter for this FOIA. This is now going on 5 months or so. This one is signed by Stephanie Young, ID # 18-02241. See attached copy E.

7. On July 9th 2007, I have received another extension letter for this FOIA. This is now going on 7 months or so. This one is signed by Stephanie Young, ID # 18-02241. See attached copy G.

Conclusion

MOTIONS FOR REMEDY

1. I hereby request this court to order an answer to said FOIA. They have had enough time, each information requested about employee should be on file.

2. I hereby request under 552(a)(4)(C) that the answer shall come within 30 days after service upon the defendant of the pleadings in which such compliant is made.

3. I hereby request under 552 (a)(4)(E) that this court assess against the IRS reasonable fees (attorney, my time is worth the same), and other litigation cost reasonably incurred in any case such as this one.

| | | |
|---|---|---|
| (a) writing of FOIA letter: | 2 hour | 400.00 |
| (b) research of information: | 1 hour | 200.00 |
| (c) writing of appeal letter: | 1 hour | 200.00 |
| (d) writing of this complaint: | 6 hours | 1200.00 |

4. Plaintiff request and prays this Motion be granted:

5. Plaintiff request any other relief this Court deems proper.

Michael Jack Stephens all rights reserved

August 11th 2007 -

Date: August 11, 2007 all rights reserved

cc. file.

A 1B3

FREEDOM OF INFORMATION ACT REQUEST
AND
PRIVACY ACT REQUEST

To: IRS Atlanta Disclosure Officer
SE;S;C&L;GLD;A3;ATL
Mail Stop 602-D, Room 1905
401 W. Peachtree Street
Atlanta, Georgia 30308

From: Michael Jack Stephens
c/o P. O. Box 781
Pooler, Georgia 31322

Date: December 11, 2006

RE: Revenue Agent Information

In one fashion or another, I have received correspondence from or have otherwise had direct contact with each IRS officer, agent, or employee named below. Per the following:

> FEDERAL CROP INSURANCE CORP. V. MERRILL Et. Al. 1974
> 332 U.S. 380; 68 S. Ct.1; 92 L. Ed. 10, @ 384
>
> "What ever the form in which the Government functions, anyone entering into an agreement with the Government takes the risk of having accurately ascertained that he who purports to act for the Government stays within the bounds of his authority. The scope of this authority may be explicitly defined by Congress or be limited by delegated legislation, properly exercised through the rule-making power. And this is so even though, as here, the agent himself may have been unaware of the limitations upon his authority.
> also see: e.g. Utah Power and Light Co. V. United States
> 243 U.S. 389, 409;
> United States V. Stewart
> 311 U.S. 60, 70, and see, generally
> Floyd Acceptances, 7 Wall. 666."

I
07-1628
ESH

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

**I (a) PLAINTIFFS**

Michael Jack Stephens

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
**(EXCEPT IN U.S. PLAINTIFF CASES)**

Pro SE (N/P)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**DEFENDANTS**

Internal Revenue Service

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ________
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:07-cv-01628
Assign To : Huvelle, Ellen S.
Assign. Date : 09/14/2007
Description: FOIA/PRIVACY ACT

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZEN**[SHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX] FOR PLAINTIFF [AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!]

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**☐ A. *Antitrust***

- ☐ 410 Antitrust

**☐ B. *Personal Injury/ Malpractice***

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**☐ C. *Administrative Agency Review***

- ☐ 151 Medicare Act

Social Security:

- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes

- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. *Temporary Restraining Order/Preliminary Injunction***

**Any nature of suit from any category may be selected for this category of case assignment.**

***(If Antitrust, then A governs)***

**☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil***

Real Property

- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property

- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy

- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions

- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights

- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits

- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty

- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes

- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

3

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☒ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 552 (FOIA)

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 **DEMAND $** Check YES only if demanded in complaint **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☒ YES ☐ NO If yes, please complete related case form.

**DATE** 9/14/07 **SIGNATURE OF ATTORNEY OF RECORD** NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

A- 2203

So therefore I need to verify that IRS personal named below are who they say they are and have authority they have exercised or are attempting to exercise against me.

| | | | |
|---|---|---|---|
| 1. Mr. Allen D. Powell | | ID 58-10082 | Atlanta, GA |
| 2. R. A. Mitchell | signed a Lien | | Dallas, Tx. |
| 3. Theresa Harley | signed a Lien | | Dallas, Tx. |
| 4. Mary Hannah | Operations Manager, Collections | | Bensalem, PA. |
| 5. Pamela L. Mable | Tax Court Bar. No. MP0437 | | Atlanta, GA |
| 6. Yulanda B. Coleman | | ID 07-08172 | Atlanta, GA |
| 7. C.S. Shepard | appeals team manager | | |

A. All document(s) that verifies the true identify of IRS officers, agents, or employee named above.

B. The precise past and present titles of each IRS officer, agent, or employee named above ("revenue officer", "revenue agent", appeals officer", "special agent" etc) and cite the section of the Act of Congress that created the office or offices they occupy.

C. Any and all document(s) that include, identify, and describe all past and present positions, grades, job descriptions, and identification of job elements for each IRS officer, agent, or employee named above.

D. Any and all document(s) that include, identify, and describe all past and present duty stations including room number, shop designations, or other identifying information regarding buildings or places of employment for each IRS officer, agent, or employees named above.

E. Provide certified copies of any and all documentation that includes the pocket commission number, including classification designation (enforcement or otherwise) for each IRS officer, agent, or employee named above.

F. The Constitutional Oath of Office taken by each IRS officer, agent, or employee named above, as required by Article VI, Paragraph 3 of the Constitution of the United States, 1 Stat. 23, and 5 U.S.C. §3331.




A - 3583

G. A copy of the properly executed civil commission of each IRS officer, agent, or employee named above, that verifies that he or she is an officer or agent of Government of the United States, as required by Article II, § 3 of the Constitution of the United States and attending legislation.

H. The personal surety bond of each IRS officer, agent, or employee named above.

I. Documentation that establishes the complete line of delegated authority for each IRS officer, agent, or employee named above, including all intermedaries such as the Assistant Commissioner (international) beginning with the President of the United States.

This is a request under the FREEDOM OF INFORMATION ACT at 5 U.S.C. 552, PRIVACY ACT at 5 U.S.C. 552a. This request does not fall under exception 26 U.S.C. 6103 (e)(7). These documents are not sought for any commercial purposes. This is my firm promise to pay fees and costs for the locating and duplicating the records requested above.

Understanding that most exceptions are discretionary, rather than mandatory, if for some reason you determined any portion of this request to be exempt from release, then furnish the following: (1) those portions reasonably segregable after the exempt material is deleted; (2) detailed justification for your discretionary exemption since the overriding objection of the FOIA is to maximize public access to agency records. See IRM [1.3] 13.7.1 (08-31-2000). Approach to exemptions and; (3) provide the name of the official and correct address to which an administrative appeal should be addressed.

I am requesting copies of records in lieu of personal inspection of the requested record.

I am attesting under the penalty of perjury under the laws of the united States of America 28 U.S.C. 1746(1) and from without the "United States", that I am category 5 CFR 294.103 (d) requestor. Pursuant 5 U.S.C. 552 (a)(6)(A)(i), you have no more than 20 business days to respond to this request. If an extension of time is needed then pursuant of 5 U.S.C. 552 (a)(6) (B)(i), "no such notice shall specific a date that would result in an extension for more than 10 working days." Please provide the requested information within your required time.

Thanks you for your help in this matter

Michael Jack Stephens

Michael Jack Stephens all rights reserved

mailed with Proper Postage

B

**Internal Revenue Service**
Appeals Office
Mail Stop # 55201
5045 E. Butler Ave
Fresno, CA 93727-5136

**Department of the Treasury**

**Person to Contact:**
Terri Carrillo
Employee ID Number: 78-00022
Tel: (559) 452-3224
Fax: (559) 452-3266
**Refer Reply to:**
AP:FRS:CO:TC
**In Re:**
Freedom of Information Act

Date: JAN 12 2007

Michael Jack Stephens
PO Box 781
Pooler, Georgia 31322

Dear Mr. Michael Jack Stephens:

We are in receipt of your letter, dated December 26, 2006, which purports to administratively appeal under the Freedom of Information Act (FOIA), 5 U.S.C. Section 552, the lack of a timely response from two of your FOIA request dated December 11, 2006 to the disclosure office in Georgia.

Under the Department of Treasury's revised FOIA regulations, at 31 C.F.R. Section 1.5(f), a lack of a timely response is not a valid reason for filing an administrative appeal. *See* 65 FEDERAL REGISTER 40503-40516 (June 30, 2000). These FOIA regulations apply to all bureaus of the Department of the Treasury, including the Internal Revenue Service. 31 C.F.R. Section 1.1(a)(1)(viii).

When a determination on your request is not made within the twenty working day deadline (5 U.S.C. Section 552(a)(6)(A)(i)), or within the ten working day extension permitted for certain circumstances (5 U.S.C. Section 552(a)(6)(B)(iii), and you have not agreed to a different response time frame (5 U.S.C. Section 552(a)(6)(B)(ii)), the law permits you to file a lawsuit in the United States District Court in which you live or work, or where the records you are asking for are located, or in the District of Columbia, to obtain a response. 5 U.S.C. Section 552(a)(6)(C)(i).

Because there is no basis for an administrative appeal under these circumstances, we are closing our file in regard to this matter.

Sincerely,

Marge Field

Marge Field
Appeals Team Manager



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 19, 2007

MICHAEL JACK STEPHENS
P.O. BOX 781
POOLER, GA 31322

Dear MICHAEL JACK STEPHENS:

This is in reference to your Freedom of Information Act (FOIA) request dated December 11, 2006, and received in our office December 19, 2006. We are unable to respond to your request by January 19, 2007, which is the 20 business-day period prescribed by law. We apologize for any inconvenience this delay may cause. You may expect a response by March 5, 2007. Since an administrative appeal is limited to a denial of records, it does not apply in this situation. However, you may instead file suit after the statutory time period for response has lapsed.

The FOIA process is not an additional avenue of recourse during administrative tax proceedings; it merely provides access to existing records. Extending the time period for our response to your request has no bearing on any ongoing tax matter such as the collection due process or an examination appeal.

## STATUTORY EXTENSION OF TIME FOR RESPONSE

In certain situations the FOIA allows us to invoke an additional ten-day statutory extension. To respond to your request, we require additional time to search for, collect, and review responsive records from other locations. Therefore, we have extended the statutory response date (after which you can file suit), to February 2, 2007, as provided for in the FOIA (5 U.S.C. 552(a)(6)(B)).

## ADDITIONAL EXTENSION OF TIME LIMIT

We realize we will be unable to locate and consider releasing the Internal Revenue Service records covered by your request by the expiration of the statutory period. Therefore, we extended the response date to March 5, 2007, by which time we reasonably believe we can provide a final response to your request.

If you agree to this extension, no reply to this letter is necessary. If we subsequently deny your request, you still have the right to file an administrative appeal. You may wish to consider limiting the scope of your request so that we can process it more quickly. If you want to limit your request, please contact the individual named below. If you do not





agree to an extension beyond the statutory period, and do not want to modify the scope of your request, you may file suit. See 5 U.S.C 552(a)(6)(C)(i), and 26 CFR 601.702(c)(12). You may file suit in the U.S. District Court where you reside or have your principal place of business, where the records are located, or in the District of Columbia.

You may file suit no earlier than February 2, 2007. Your complaint will be treated according to the Federal Rules of Civil Procedure applicable to actions against an agency of the United States. These procedures require that the IRS be notified of the pending suit through service of process, which should be directed to:

Commissioner of Internal Revenue
Attention: CC:PA:DPL
1111 Constitution Avenue, N.W.
Washington, D.C. 20224

## CONTACT INFORMATION

If you have any questions concerning this correspondence, you may contact Secretary Missy Ojeda, ID # 18-03896, by phone at (512) 460-4433 or by mail at Internal Revenue Service, Disclosure Office, Stop 602D, 401 W Peachtree St NW, Atlanta GA 30308. Please refer to case number F07353-0010.

Sincerely,

Stephanie Young
Disclosure Manager, ID # 18-02241



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

March 5, 2007

MICHAEL JACK STEPHENS
P.O. BOX 781
POOLER, GA 31322

Dear MICHAEL JACK STEPHENS:

This is in response to your Freedom of Information Act (FOIA) request, dated December 11, 2006 and received in our office December 19, 2006.

We wrote to you on January 19, 2007 asking for more time to process your request for Internal Revenue Service records. We are continuing to process your request. If we are unable to respond by May 7, 2007, we will contact you and inform you of the status of your case.

We are sorry for any inconvenience the delay may cause. The additional time is needed for location and review of the requested records.

Should you have any questions concerning this correspondence, you may contact Secretary Missy Ojeda, ID # 18-03896, by calling (512) 460-4433 or by writing to: Internal Revenue Service, Disclosure Office, Stop 602D, 401 W Peachtree St NW, Atlanta GA 30308. Please refer to case number F07353-0010.

Sincerely,

Stephanie Young
Disclosure Manager, ID # 18-02241

E




DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

May 7, 2007

MICHAEL JACK STEPHENS
P.O. BOX 781
POOLER, GA 31322

Dear MICHAEL JACK STEPHENS:

This is in response to your Freedom of Information Act (FOIA) request, dated December 11, 2006 and received in our office December 19, 2006.

We wrote to you on March 5, 2007 asking for more time to process your request for Internal Revenue Service records. We are continuing to process your request. If we are unable to respond by July 9, 2007, we will contact you and inform you of the status of your case.

We are sorry for any inconvenience the delay may cause. The additional time is needed for location and review of the requested records.

Should you have any questions concerning this correspondence, you may contact Secretary Missy Ojeda, ID # 18-03896, by calling (512) 460-4433 or by writing to: Internal Revenue Service, Disclosure Office, Stop 602D, 401 W Peachtree St NW, Atlanta GA 30308. Please refer to case number F07353-0010.

Sincerely,

Stephanie Young
Disclosure Manager, ID # 18-02241



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

July 9, 2007

MICHAEL JACK STEPHENS
P.O. BOX 781
POOLER, GA 31322

Dear MICHAEL JACK STEPHENS:

This is in response to your Freedom of Information Act (FOIA) request, dated December 11, 2006 and received in our office December 19, 2006.

We wrote to you on May 7, 2007 asking for more time to process your request for Internal Revenue Service records. We are continuing to process your request. If we are unable to respond by September 10, 2007, we will contact you and inform you of the status of your case.

We are sorry for any inconvenience the delay may cause. The additional time is needed for location and review of the requested records.

Should you have any questions concerning this correspondence, you may contact Secretary Missy Ojeda, ID # 18-03896, by calling (512) 460-4433 or by writing to: Internal Revenue Service, Disclosure Office, Stop 602D, 401 W Peachtree St NW, Atlanta GA 30308. Please refer to case number F07353-0010.

Sincerely,

Stephanie Young
Disclosure Manager, ID # 18-02241

F

FOIA APPEAL LETTER

December 26, 2006

To: IRS appeals
Attention: FOIA APPEALS
5104 N. Blythe Avenue, Suite 202
Fresno, California 93722

From: Michael Jack Stephens
P. O. Box 781
Pooler, Georgia 31322

I am enclosing a copy of the FOIA that I have not received any answer too. Please advise as too the proper channels, as too which I am entitled to pursue. I would like an answer to this FOIA as soon as possible. I need this information to finish my file up about certain activities of the Internal Revenue Service employees.

Claim 1: Appeal of FOIA, dated December 11, 2006. Have not received any answers or an extension letter for this.

Claim 2: Appeal of FOIA, dated December 11, 2006. Have not received any answers or an extension letter for this.

I have therefore considered this FOIA denied. I am within my 35 days for an appeal to be filed under the proper channels.

Please answer these two FOIA's (copy attached) within the 20 days prescribed.

Thanks for your help in this very serious matter.

Michael Jack Stephens
Michael Jack Stephens all rights reserved.