IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL J. STEPHENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:07-CV-01628 (ESH) |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER

DEFENDANT, the Internal Revenue Service, responds to plaintiff's complaint as follows:

### FIRST DEFENSE

The Internal Revenue Service has responded to plaintiff's Freedom of Information Act ("FOIA") request.  As such, plaintiff's complaint is moot.

### SECOND DEFENSE

Plaintiff is only entitled to responsive documents to which no FOIA exemptions apply.  Some of the documents responsive to plaintiff's FOIA request are exempt from disclosure under 5 U.S.C. § 552(b).

### THIRD DEFENSE

Plaintiff, a pro se plaintiff, is not entitled to attorney's fees or costs.

### FOURTH DEFENSE

Plaintiff is not entitled to equitable relief, except as provided in the Freedom of Information Act.

2805287.2

FIFTH DEFENSE

FOR ITS FURTHER ANSWER, defendant responds to the enumerated allegations of the complaint as follows:

1.  Admits that plaintiff filed a request for information under FOIA.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in ¶ 1.

2.  Admits that plaintiff, on or about December 26, 2006, filed an appeal in Fresno, California.  Defendant denies the remaining allegations of ¶ 2.

3.  Admits that defendant answered appeal on or about January 12, 2007, and that the answer was signed by Marge Field.  Defendant denies the remaining allegations of ¶ 3.

4.  Lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 4.

5.  Lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 5.

6.   Lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 6.

7.  Lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 7.

2805287.2

WHEREFORE, defendant Internal Revenue Service prays that this Court dismiss

this action with prejudice and award such other and further relief as is just and proper

in the circumstances.


DATE: October 16, 2007.

/s/ Nicole M.  Stoduto
NICOLE M.  STODUTO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone: (202) 616-9785
Facsimile: (202) 614-6866
Email: Nicole.M.Stoduto@usdoj.gov


OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

2805287.2

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

MICHAEL J. STEPHENS,                    )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )       No. 1:07-CV-01628 (ESH)
                                        )
INTERNAL REVENUE SERVICE,               )
                                        )
            Defendant.                  )

CERTIFICATE OF SERVICE

IT IS CERTIFIED that service of the foregoing Answer has been made this 16th

day of October, 2007, by mailing, postage prepaid, addressed to:

            Michael J. Stephens
            128 Pinto Way
            Bloomingdale, GA 31320.


                        _/s/ Nicole M. Stoduto____
                        NICOLE M. STODUTO
                        Trial Attorney, Tax Division
                        U.S. Department of Justice
                        Post Office Box 227
                        Ben Franklin Station
                        Washington, D.C.  20044
                        Telephone: (202) 616-9785

2806716.1