# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. STEPHENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1628 (ESH) |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

This matter is before the Court on defendant's answer to plaintiff's complaint. Plaintiff seeks the release of information under the Freedom of Information Act, 5 U.S.C. § 552. The procedures set forth in Local Civil Rule 16.3 and Rule 26(f) of the Federal Rules of Civil Procedure appear not to be particularly helpful in resolving FOIA actions.

The Court has reviewed the complaint and the answer. In the answer, defendant raises several grounds for dismissal, but defendant has not filed a dispositive motion. It is hereby

**ORDERED** that defendant shall file a motion to dismiss or for summary judgment on or before November 19, 2007.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: October 17, 2007