IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. STEPHENS, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:07-CV-01628-ESH |
| INTERNAL REVENUE SERVICE, | ) |
| Defendant. | ) |

### MOTION TO EXTEND TIME IN WHICH TO FILE
### MOTION TO DISMISS OR MOTION FOR SUMMARY JUDGMENT

DEFENDANT, the Internal Revenue Service, pursuant to Fed. R. Civ. P. 6(b)(1), moves the Court to extend the time for filing a motion to dismiss or for summary judgment to and including January 4, 2008.

As grounds for the motion, defendant states that it needs additional time to gather information to respond in full to plaintiff's FOIA request and to prepare documents to support a motion for summary judgment. Defendant further believes that this can be accomplished within the next 49 days. These grounds are more fully set forth and discussed in a memorandum in support of this motion, which is served and filed herewith.

Plaintiff has been consulted regarding the relief sought in this motion and does not oppose it.

DATE: November 16, 2007.

Respectfully submitted,

/s/ Nicole M. Stoduto
NICOLE M. STODUTO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Phone: (202)616-9785
Email: Nicole.M.Stoduto@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing MOTION TO EXTEND TIME IN WHICH TO FILE MOTION TO DISMISS OR MOTION FOR SUMMARY JUDGMENT and accompanying MEMORANDUM IN SUPPORT OF MOTION TO EXTEND TIME IN WHICH TO FILE MOTION TO DISMISS OR MOTION FOR SUMMARY JUDGMENT and proposed ORDER were served upon the following on the 16th day of November, 2007, in accordance with the Court's ECF Procedures, and by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

>   Michael J. Stephens
>   128 Pinto Way
>   Bloomingdale, GA 31302

>   /s/ Nicole M. Stoduto
>   NICOLE M. STODUTO

2877536.1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. STEPHENS,                ) | |
| ) | |
| Plaintiff,         ) | |
| ) | |
| v.                                                     ) | No. 1:07-CV-01628-ESH |
| ) | |
| INTERNAL REVENUE SERVICE,    ) | |
| ) | |
| Defendant.      ) | |

**MEMORANDUM IN SUPPORT OF INTERNAL REVENUE SERVICE'S MOTION TO EXTEND TIME IN WHICH TO FILE MOTION TO DISMISS OR MOTION FOR SUMMARY JUDGMENT**

This is a civil action in which plaintiff seeks to compel the Internal Revenue Service to answer his Freedom of Information Act ("FOIA") request.

STATEMENT & DISCUSSION

1. Introduction. Plaintiff commenced this action by filing a complaint on September 14, 2007. (PACER # 1.) The Internal Revenue Service, on October 16, 2007, served an answer to the complaint. (PACER #5.) The Court then issued an order directing the defendant to file a motion to dismiss or for summary judgment on or before November 19, 2007. (PACER # 6.)

2. Present status of defendant's efforts to file a dispositive motion. On August 31, 2007, the Internal Revenue Service responded to plaintiff's FOIA request by 1) providing copies of appointment affidavits for three different Internal Revenue Service employees; 2) providing copies of the standard position description of Revenue Officers in the service; and 3) denying the request for copies of pocket commissions under 5 U.S.C. 552 (b)(2) & (b)(7)(E). The Internal Revenue Service is working diligently to supplement its response to plaintiff's FOIA request and to provide all requested, non-exempt information. Given the breadth of plaintiff's request, the difficulty of finding and compiling all the requested material, and the complexity of accurately categorizing

2877749.1

exempt material, the Service needs additional time in which to respond to plaintiff's request. Moreover, the Service must prepare declarations from individuals assisting in the disclosure in order to support a motion for summary judgment. Then the motion must be drafted and filed. The Internal Revenue Service believes that this can be achieved within the next seven weeks.

      3. <u>Relief requested.</u> The Internal Revenue Service believes that an extension of time of seven weeks would be sufficient to allow it to supplement its FOIA response, prepare the necessary declarations, and draft and file a motion for summary judgment.

      4. <u>The Court has discretion to grant this motion.</u> Pursuant to Fed. R. Civ. P. 6(b)(1), the Court for cause shown, may enlarge the time for filing dispositive motions, among other things. *See Poe v. Christina Copper Mines, Inc.*, 15 F.R.D. 85, 87-88 (D. Del. 1953) As Professor Moore has commented:

> Ordinarily, of course, the court should be liberal in granting extensions of time before the period to act has elapsed, so long as the moving party has not been guilty of negligence or bad faith and the privilege of extensions is not abused.

2 Moore, *Federal Practice*, § 6108 at 6-83; *Motzinger v. Flynt*, 119 F.R.D. 373, 375 (M.D.N.C. 1988); *Baden v. Craig-Hallum, Inc.*, 115 F.R.D. 582, 585 (D. Minn. 1987). The Internal Revenue Service has not been guilty of negligence or bad faith, nor has the privilege of extensions been abused by the Internal Revenue Service.

      5. <u>Compliance with LCvR 7(m).</u> It is certified that on November 15, 2007, counsel for the Internal Revenue Service contacted plaintiff by telephone in order to obtain consent to the relief sought in this motion. Plaintiff consented to the motion, "as long as they are going to answer my request," and are "not just putting me off." The Internal Revenue Service intends to provide plaintiff with all non-exempt, requested information that he is entitled to under FOIA.

CONCLUSION

Based on the foregoing, the Court should grant the Internal Revenue Service's motion for an extension of time in which to file a motion to dismiss or for summary judgment.

DATE: November 16, 2007.

Respectfully submitted,

/s/ Nicole M. Stoduto
NICOLE M. STODUTO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Phone: (202)616-9785
Email: Nicole.M.Stoduto@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. STEPHENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:07-CV-01628-ESH |
| | ) |
| INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the United States' Motion To Extend Time in Which to File Motion to Dismiss or Motion for Summary Judgment, the Court finds that good cause exists to grant the motion and hereby:

ORDERS that the United States' Motion to Extend Time in Which to File Motion to Dismiss or Motion for Summary Judgment is GRANTED, and

ORDERS that a motion to dismiss or summary judgment be filed on or before January 4, 2007.

DATE: _____

_____
JUDGE ELLEN HUVELL
U.S. District Court Judge

2876749.1