IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. STEPHENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:07-cv-01628-ESH |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |

RESPONSE TO PLAINTIFF'S MOTION FOR DENIAL
OF SUMMARY JUDGMENT AND FOR JUDGMENT IN FAVOR OF PLAINTIFF

The Internal Revenue Service is entitled to Summary Judgment because it has demonstrated that 1) it conducted a good faith search reasonably calculated to uncover relevant documents, and 2) information withheld was proper under the relevant FOIA Exemptions. Moreover, plaintiff is not entitled to the relief he requested because 1) he is a *pro se* litigant, 2) he is not a "prevailing party," and 3) his other requests for relief fail to state a claim upon which relief can be granted.

A memorandum in support of this response and proposed order are attached herewith.

DATE: January 25, 2008

Respectfully submitted,

/s/ Duston K. Barton
DUSTON K. BARTON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 514-9961
Duston.Barton@usdoj.gov

3013707.1

OF COUNSEL:
JEFFREY TAYLOR
United States Attorney

**CERTIFICATE OF SERVICE**

      IT IS CERTIFIED that the foregoing RESPONSE TO PLAINTIFF'S MOTION FOR DENIAL OF SUMMARY JUDGMENT AND FOR JUDGMENT IN FAVOR OF PLAINTIFF and accompanying MEMORANDUM and ORDER were served upon the following on January 25, 2008, in accordance with the Court's ECF Procedures, and by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

        Michael J. Stephens
        128 Pinto Way
        Bloomingdale, GA 31302

                        /s/ Duston K. Barton
                        DUSTON K. BARTON

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. STEPHENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:07-cv-01628-ESH |
| | ) |
| INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendant. | ) |

RESPONSE TO PLAINTIFF'S MOTION FOR DENIAL
OF SUMMARY JUDGMENT AND FOR JUDGMENT IN FAVOR OF PLAINTIFF

      The Internal Revenue Service is entitled to Summary Judgment because it has demonstrated that 1) it conducted a good faith search reasonably calculated to uncover relevant documents, and 2) information withheld was proper under the relevant FOIA Exemptions.  Moreover, plaintiff is not entitled to the relief he requested because 1) he is a *pro se* litigant, 2) he is not a "prevailing party," and 3) his other requests for relief fail to state a claim upon which relief can be granted.

      A memorandum in support of this response and proposed order are attached herewith.

DATE:  January 25, 2008

Respectfully submitted,

 /s/ Duston K. Barton
DUSTON K. BARTON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 514-9961
Duston.Barton@usdoj.gov

3013707.1

OF COUNSEL:
JEFFREY TAYLOR
United States Attorney

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing RESPONSE TO PLAINTIFF'S MOTION FOR DENIAL OF SUMMARY JUDGMENT AND FOR JUDGMENT IN FAVOR OF PLAINTIFF and accompanying MEMORANDUM and ORDER were served upon the following on January 25, 2008, in accordance with the Court's ECF Procedures, and by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> Michael J. Stephens
> 128 Pinto Way
> Bloomingdale, GA 31302

>  /s/ Duston K. Barton
> DUSTON K. BARTON

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. STEPHENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:07-CV-01628-ESH |
| | ) |
| INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

Upon consideration of the United States' Motion for Summary Judgment, and any opposition thereto, the Court finds that good cause exists to grant the motion and hereby:

ORDERS that the United States' Motion for Summary Judgment is GRANTED; and

ORDERS that the Clerk shall enter judgment in favor of the defendant.

DATE: _____

_____
JUDGE ELLEN HUVELL
U.S. District Court Judge

2963098.1