UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL JACK STEPHENS,** | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 07-1628 (ESH) |
| **INTERNAL REVENUE SERVICE,** | ) |
| Defendant. | ) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that defendant's motion for summary judgment [Dkt. No. 9] is **GRANTED**; it is

**FURTHER ORDERED** that plaintiff's motion for judgment [Dkt. No. 12] is **DENIED**; and it is

**FURTHER ORDERED** that judgment is entered for the defendant. This is a final appealable Order.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　ELLEN SEGAL HUVELLE
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

DATE: January 29, 2008